FILED
CLERK
10/22/2018 3:28 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Ericka Johnson, individually and on behalf of all those similarly situated,

      Plaintiff,

      -against-

Persolve Legal Group, LLP,

      Defendant.

Docket No: 2:18-cv-02605-JMA-AYS

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: October 18, 2018

**STADLEY RONON STEVENS & YOUNG, LLP**

By:  /s Matthew Johnson
Matthew Johnson, Esq.
100 Park Avenue
New York, New York 10017
Tel: 212.812.4124
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:  /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 115311
*Attorneys for Plaintiff*

  Case closed.
  SO ORDERED.
  /s/ JMA, USDJ
  10/22/2018